UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUBI MEHMETI,

                Plaintiff,

  -against-

JOFAZ TRANSPORTATION, INC., AMBROSE
WOTORSON, STEWART LEE KARLIN,

                Defendants.
------------------------------------------------------------------X

**ORDER**
**22 CV 2016 (WFK)(LB)**

**BLOOM, United States Magistrate Judge:**

      This case was transferred from Magistrate Judge Sanket J. Bulsara to me on May 11, 2022. See Order dated May 11, 2022. The conference previously scheduled for July 6, 2022 by Judge Bulsara is canceled.

SO ORDERED.

                                                    /S/
                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: June 29, 2022
         Brooklyn, New York