**Daniel E. Dugan, Esq.**
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670/Office
(212) 732-4443/Fax
Dan@stewartkarlin.com

MEMBER OF THE BAR
NEW YORK & NEW JERSEY

Concentrating in Employment, Education and
Insurance Law
Website: www.stewartkarlin.com

March 10, 2023

**Via ECF**
Honorable William F. Kuntz, II, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Mehmeti v. Jofaz Transportation, Inc., et al.**
Case No.: 22-cv-02016(WFK)(LB)

Dear Judge Kuntz:

I represent Defendant Stewart Lee Karlin in the above-referenced matter. This Court dismissed the Complaint in this action under the doctrines of *res judicata* and collateral estoppel by Order dated February 9, 2023. This Court had previously warned Plaintiff that should he continue to file actions related to his 2012 termination, he could be subject to restrictions on his ability to file future complaints. Notwithstanding the Court's warning, Plaintiff brought the same frivolous action again. As such, Plaintiff was ordered to show cause by written affirmation, within 30 days of the February 9th Order, why he should not be barred from filing any additional actions in the Court related to his 2012 termination.

I write to inform the Court that just days after the February 9th Order was entered, Plaintiff egregiously circumvented the proposed filing restriction in this Court and commenced another action on February 15, 2023, against Defendant Stewart Lee Karlin in New York State Supreme Court, County of New York. (Index No.: 100122/2023). Plaintiff repeats the same claims related to the 2012 termination of his employment from Jofaz Transportation, Inc. ("Jofaz") and against Defendant Stewart Lee Karlin, a private attorney who represented Plaintiff in his initial litigation against Jofaz.

This is now Plaintiff's **eighth** civil action alleging that his termination on October 3, 2012, violated his rights under the FMLA. (*See* Notice of Prior Decisions at Dckt #9). Plaintiff has continued to engage in a pattern and practice of filing frivolous lawsuits against Defendants Jofaz and Stewart Lee Karlin, regarding the same issues that have been litigated repeatedly before this Court and the Second Circuit.

Honorable William F. Kuntz, II, U.S.D.J.
March 10, 2023
Page 2

As such, Defendant Stewart Lee Karlin respectfully requests that Plaintiff be barred from filing any additional actions in this Court related to his 2012 termination

Thank you for your attention to this matter.

Respectfully submitted,

DANIEL E. DUGAN, ESQ.

Cc: *Via First Class Mail*
Subi Mehmeti
901 73rd Street #D205
Brooklyn, NY 11228

*Via ECF*
Jamie S. Felsen, Esq.
Attorney for Defendant Jofaz

The application is ✓ granted. ___ denied.
SO ORDERED
s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: March 19, 2023
Brooklyn, New York